Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-12-00280-CV

Altaf **MERCHANT**,
Appellant

v.

Juanita G. **VILLA**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-13316
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  August 31, 2012

REVERSED AND REMANDED

Appellant has filed an unopposed motion asking this court to reverse the judgment of the

trial court and to remand the case to the trial court for entry of an agreed judgment.  The motion

is granted.  Without consideration of the merits, we reverse the trial court's judgment, and

remand the case to the trial court for implementation of the settlement agreement and entry of an

agreed take nothing judgment.  TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d); *Caballero v. Heart of Tex. Pizza, LLC.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).

PER CURIAM